AO 91 (Rev. 11/11) Criminal Complaint

SAUSA Peter Madriñan, (312) 469-6306

**FILED**
8/16/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

SAVANNAH S. SHANDOR and
JOSEPH T. SOLOMON

CASE NUMBER: 1:22-cr-00402

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about February 16, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant(s)s violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1708 | Theft of mail matter from out of an authorized receptacle for the delivery and deposit of mail |

This criminal complaint is based upon these facts:

 X   Continued on the attached sheet.

COLIN RAGLAND
Postal Inspector, U.S. Postal Inspection Service

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: August 16, 2022

*Judge's signature*

City and state: Chicago, Illinois

JEFFREY T. GILBERT, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, COLIN RAGLAND, being duly sworn, state as follows:

1.      I am a Postal Inspector with the United States Postal Inspection Service (USPIS) and have been since approximately 2015. Before becoming a Postal Inspector, I was a Special Agent with the United States Secret Service for almost ten years. Prior to that I was a practicing attorney and have been licensed to practice law in Indiana since 2005. I am currently assigned to the City Mail Theft Team within the USPIS Chicago Division. As part of my duties as a Postal Inspector, I investigate criminal offenses related to the mails and crimes committed against USPS employees.

2.      This affidavit is submitted in support of a criminal complaint alleging that SAVANNAH S. SHANDOR and JOSEPH T. SOLOMON have violated Title 18, United States Code, Section 1708. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging SHANDOR and SOLOMON with theft of mail from an authorized depository of mail, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendants committed the offense alleged in the complaint.

3.      This affidavit is based on my personal knowledge, information provided to me by other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.

## I.      Background

4.      Since the onset of the COVID-19 pandemic in or around March 2020, USPIS Chicago Division began receiving an increasing amount of mail theft complaints from city residents, and especially from those USPS customers who live in large apartment buildings.  In the many of these instances, when the apartment building had video surveillance equipment recording the incident, the recorded video or images show the suspect or suspects using what appeared to be a USPS Arrow key[1] to enter the building, open the panel mailboxes inside, and steal the mail inside.

5.      As part of my investigation into several of these mail thefts, I learned from Chicago Police Department (CPD) records that SOLOMON is a suspect in a February 24, 2021 carjacking and obtained evidence that he was also implicated in an August 10, 2021 mail theft in which he shot a resident of the building from which he had stolen mail.  I also learned that, according to USPIS reports, SHANDOR is

---

[1] Based on my training and experience, I know that USPS issues a universal key, known as an "Arrow key," to allow its letter carriers and authorized postal employees access to collection boxes, outdoor parcel lockers, cluster box units, and apartment panels.  For example, Arrow keys with a serial number beginning with 248- not only opens every authorized receptacle for the deposit or delivery of mail, but also the entrance door to nearly every apartment and office building within the city limits of Chicago.

suspected of the theft of large volumes of mail from at least two apartment buildings in Chicago in April 2021.

## II.     February 16, 2022 Mail Theft in Chicago

6.      On or about February 18, 2022, a member of the management group for an apartment building located on the 1900 block of North Clark Street, in Chicago, notified USPIS of a mail theft occurring during the early morning hours of February 16, 2022.  Soon thereafter, USPIS obtained video recordings of the incident from multiple cameras both inside and outside the building.

7.      According to my review of video recorded on February 16, 2022 by closed circuit television cameras located outside and inside the apartment building located on the 1900 block of North Clark Street (the "Clark Street building"), I note the following:

a.      At approximately 4:11 a.m., an unknown male suspect wearing, among other things, a white-colored hooded sweatshirt, a black parka with a rectangular white patch with a blue diagonal stripe on the shoulder of its left sleeve, and white tennis shoes entered the vestibule between the apartment building's main entrance and door to the front lobby.  The unknown male subject used what appear to be two kinds of pry tools to gain access to the door between the apartment building's vestibule and lobby.

b.      The unknown male subject is accompanied by an unknown female subject.  She wore, among other things, a black hooded sweatshirt, blue jeans with several tears below the knee on each leg, and black boots.  She carried a reusable

3

shopping bag from the "Ross Dress for Less" retail chain with the word "love" in cursive on it (the "Ross bag") over her left shoulder.  The unknown female subject took the two pry tools from the Ross bag and handed them to her male partner before he succeeded in prying the door open.

           c.      The surveillance video then depicted the male subject using what appears to be a USPS Arrow key to open the lock securing a panel of mailboxes inside the North Clark Street building. Both subjects then removed mail from the mailboxes inside the panels the male subject opened with the same key and placed the mail in large plastic trash bags and in the Ross bag.  At one point, the male subject left the mailroom with a large plastic trash bag full of mail.  The video also depicted the female subject leaving the mailroom with two large plastic trash bags and the Ross bag full of mail.

           d.      Finally, according to the surveillance video, the two subjects exited the North Clark Street building together, carrying the three large plastic trash bags and the Ross bag, all filled with stolen mail.

## III.    February 17, 2022 Arrest in Gary, Indiana

        8.      On February 2, 2022, according to records obtained from U-Haul, an individual using an Illinois Driver's License issued to USPS customer Victim J.B. completed an online rental agreement for a 2012 GMC Savana box truck belonging to the U-Haul company and bearing Arizona plate AE54460 (the "U-Haul truck").[2]

---

[2] I have interviewed USPS Customer Victim J.B. and she told me that in or around November 2021 she had applied for and was expecting a new Illinois driver's license to be mailed to her residence on West Montrose Avenue in Chicago.  She never received her license in the mail,

The U-Haul truck was picked up from the U-Haul Moving & Storage of Lincoln Park, located at 1200 West Fullerton Avenue in Chicago, that same day. The contract terms required the truck to be returned on February 6, 2022. When the truck was not returned, U-Haul reported the truck as stolen to the Chicago Police Department (CPD) on February 11, 2022. CPD then entered the truck as stolen into the National Crime Information Center (NCIC) database.

9.　　On February 17, 2022, at approximately 10:16 a.m., according to law enforcement reports, police officers in Gary, Indiana received an alert from a nearby license plate reader (LPR) camera informing them that the "U-Haul truck" was reported as stolen and in the area. Shortly after receiving the alert, a Gary Police Department (GPD) officer saw the U-Haul truck and attempted to stop it while the U-Haul was stopped at a gas station at 49th Avenue and Broadway, in Gary, Indiana.

10.　　When the GPD officer activated his emergency lights, the driver of the U-Haul truck refused to stop and began driving at speeds closing in on 75-80 miles-per-hour. The driver disregarded numerous traffic control devices, and fled from law enforcement by traveling on the wrong side of the road. Other police departments joined the pursuit as the U-Haul truck continued to flee through the towns of Griffith, Indiana, and then Highland, Indiana, until, while in Hammond, Indiana, it crashed

---

however, an image of that license, issued on November 23, 2021, was uploaded to the U-Haul website as part of the rental agreement for the U-Haul truck. Victim J.B. also reported that someone tried to buy a car in Indiana using her personally identifying information (PII), in or around February 2022. Finally, included in the evidence USPIS recovered from the stolen car SHANDOR was driving on May 3, 2022 in Council Bluffs, Iowa—and that I have reviewed—was a journal-type notebook filled with notes apparently handwritten by SHANDOR. Among those notes was Victim J.B.'s PII.

into several other vehicles before coming to a stop. At that time, at approximately 10:38 a.m., law enforcement placed the male driver and his female passenger under arrest. Law enforcement confirmed the male driver as SOLOMON and the female passenger as SHANDOR.

11.     According to body-worn camera (BWC) video recorded by one of the arresting officers, at the time of his arrest, SOLOMON was wearing a black parka with a rectangular white patch and blue diagonal line on the shoulder of its left sleeve. SOLOMON's parka appears to be the same parka he wore in at the Clark Street building during the mail theft on February 16, 2022.

**IV.     Evidence found in the stolen U-Haul truck**

12.     On February 17, 2022, according to law enforcement reports, GPD officers conducted an inventory search of the U-Haul, GPD officers found and inventoried several fraudulent identification cards bearing SOLOMON's photo and the name and PII of other individuals. Furthermore, according to law enforcement records, GPD also seized over 30 pieces of mail addressed to USPS customers at the Clark Street building. GPD did not seize all of the items in the U-Haul truck and it was then towed to a U-Haul repair facility in Glenwood, Illinois.

13.     On March 14, 2022, a manager of the U-Haul repair facility consented to the search the U-Haul truck. Federal law enforcement searched the U-Haul truck and found, what I know from my training and experience, to be indicia that SHANDOR and SOLOMON had been living in the back cargo area of the truck. For example, federal law enforcement found cans of food, female cosmetics, female and

male grooming products, and men's and women's clothing. Among the men's clothing, I found a white-colored hooded sweatshirt and white tennis shoes, similar in appearance to the ones SOLOMON wore on February 16, 2022 to steal mail at the Clark Street building.

14.     Law enforcement also found three large plastic garbage bags in the rear cargo area of the truck.  Two of the bags were empty and the third contained mail addressed to USPS customers at the Clark Street building.   In total, I recovered approximately 76 pieces of mail addressed to USPS customers residing at the Clark Street building, both open and unopened, from inside both the passenger cabin and the box cargo area of the U-Haul truck.

15.     Additionally, in the front passenger cabin, I recovered an apparently fraudulent Illinois temporary driver's license bearing the personally identifying information belonging to a USPS customer, Victim J.C.,[3] but showing the photograph of an individual I recognize as SOLOMON based on a comparison to both his Illinois Secretary of State photo as well as a recent CPD arrest photo.

---

[3] I know from my investigation that Victim J.C. resided in an apartment building located on the 5800 block of North Ravenswood Avenue in Chicago, and that in late 2021, USPIS received complaints of mail theft from buildings on that block.

16. Further, federal law enforcement found correspondence depicting a romantic relationship between SHANDOR and SOLOMON. Specifically, amongst the clothing found the rear cargo area of the U-Haul truck, was a greeting card inside an envelope. The front of the envelope was addressed to "My Love, Pro Babies" and signed "Savannah". The front of the card read "How Lucky Am I to Love You?" The inside of the card contained the below handwritten message:



I know from my investigation that "Pro Babies" is a reference to SOLOMON's nickname, "Joe Da Pro," and "Savannah" is SHANDOR.[4]

---

[4] According to law enforcement reports, on May 3, 2022, SHANDOR and SOLOMON were arrested in Council Bluffs, Iowa after leading law enforcement on another highspeed chase in yet another stolen vehicle. The stolen vehicle contained a letter which contained the phrase "Savannah + PRO Babies." Also recovered in the center console area of the vehicle was a stolen Chicago-series USPS Arrow key that would have opened the panel mailboxes at the Clark Street building as well as the mail receptacles at the other locations from which mail intended for the USPS customer-victims—and whose PII appeared on the fraudulent identity documents found in the U-Haul truck—would have been delivered.

17.     On March 24, 2022, federal law enforcement also recovered the Ross bag used by SHANODR in the February 16, 2022 mail theft in the U-Haul truck's cargo area. The Ross bag contained mail addressed to USPS customers residing at the Clark Street building.

18.     I know from my review of USPS records that neither SHANDOR nor SOLOMON are USPS employees, and thus have no legal right to possess an authentic or reproduced Arrow key.

### Conclusion

19.     Based on the foregoing, I believe there is probable cause to believe that, on or about February 16, 2022, SAVANNAH S. SHANDOR and JOSEPH T. SOLOMON, did knowingly steal and take from and out of the mail, namely mail that had been delivered to the mailboxes of residents of an apartment building on the 1900 block of North Clark Street, in Chicago, in violation of Title 18, United States Code, Section 1708.

FURTHER AFFIANT SAYETH NOT.

COLIN RAGLAND
Postal Inspector
U.S. Postal Inspection Service

SWORN TO AND AFFIRMED by telephone August 16, 2022.

Honorable JEFFREY T. GILBERT
United States Magistrate Judge

9