Case: 1:22-cr-00402 Document #: 25 Filed: 09/22/22 Page 1 of 2 PageID #:50

JUDGE KENDALL
MAGISTRATE JUDGE GILBERT

FILED
9/22/2022
SMB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAVANNAH S. SHANDOR and<br>JOSEPH T. SOLOMON | No. 22 CR 00402<br><br>Violations: Title 18, United States Code, Sections 1704, 1708, and 2 |

### COUNT ONE

The SPECIAL JULY 2021 GRAND JURY charges:

On or about February 16, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

SAVANNAH S. SHANDOR and
JOSEPH T. SOLOMON,

defendants herein, did knowingly and unlawfully possess a key suited to a lock adopted by the Postal Service and in use on an authorized receptacle for the deposit or delivery of mail matter, and did so with the intent unlawfully and improperly to use the same;

In violation of Title 18, United States Code, Sections 1704 and 2.

**22CR402**

## COUNT TWO

The SPECIAL JULY 2021 GRAND JURY further charges:

On or about February 16, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

SAVANNAH S. SHANDOR and
JOSEPH T. SOLOMON,

defendants herein, did steal and take from and out of an authorized depository for mail matter, namely a piece of mail addressed to Victim J.C.;

In violation of Title 18, United States Code, Sections 1708 and 2.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Sarah Streicker on behalf of the
UNITED STATES ATTORNEY